# COURT MINUTES/ORDER

## United States Magistrate Judge Panayotta Augustin-Birch

**Courtroom 203D** Date: 10/21/2026 Time: 11:00 a.m.

Defendant: Pavel Alekseyevich Kulizhnikov (J) J#: 01754-513 Case #: 26-mj-6603-Augustin-Birch

AUSA: Deric Zacca Attorney: Jan Christopher Smith, AFPD

Violation: MONEY LAUNDERING; CONCEALMENT

Proceeding: Initial Appearance/Rule 5 CJA Appt:

Bond/PTD Held: ☐ Yes ☐ No Recommended Bond: Pretrial Detention

Bond Set at: Pretrial Detention, to be held in EDVA Co-signed by:

- ☐ Surrender and/or do not obtain passports/travel docs
- ☐ Report to PTS as directed/or ______ x's a week/month by phone: ______ x's a week/month in person
- ☐ Random urine testing by Pretrial Services ______ Treatment as deemed necessary
- ☐ Refrain from excessive use of alcohol
- ☐ Participate in mental health assessment & treatment
- ☐ Maintain or seek full-time employment/education
- ☐ No contact with victims/witnesses
- ☐ No firearms
- ☐ Not to encumber property
- ☐ May not visit transportation establishments
- ☐ Home Confinement/Electronic Monitoring and/or Curfew ______ pm to ______ am, paid by ______
- ☐ Allowances: Medical needs, court appearances, attorney visits, religious, employment
- ☐ Travel extended to: ______
- ☐ Other: ______

Language: Russian

**Disposition:**

Defendant present and advised of rights and charges pending in the Eastern District of Virginia.

Russian Interpreter present

**Court grants Government Ore Tenus Motion to Unseal Case.** Order signed.

Based on the pending allegations, **Court appoints FPD,** for purposes of Removal proceedings in this District.

**Defendant waives Detention/Identity Hearings in this District,** see Waiver. All further proceedings to take place in the Eastern District of Virginia.

**Commitment Order issued.**

| **NEXT COURT APPEARANCE** | **Date:** | **Time:** | **Judge:** | **Place:** |
|---|---|---|---|---|
| Report RE Counsel: | | | | |
| PTD/Bond Hearing: | | | | |
| Prelim/Arraign or Removal: | | | | |
| Status Conference RE: | | | | |

D.A.R. 11:20:38/11:52:25 Time in Court: 35 minutes

**CHECK IF APPLICABLE: ____For the reasons stated by counsel for the Defendant and finding that the ends of justice served by granting the ore tenus motion for continuance to hire counsel outweigh the best interests of the public & the Defendant in a Speedy Trial, the Court finds that the period of time from today, through and including ___shall be deemed excludable in accordance with the provisions of the Speedy Trial Act, l8 USC 3161 et seq..**