O AO 94 (Rev. 8/97) Commitment to Another District

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

UNITED STATES OF AMERICA
vs.
Pavel Alekseyevich Kulizhnikov

**COMMITMENT TO ANOTHER DISTRICT**

| DOCKET NUMBER | | MAGISTRATE JUDGE CASE NUMBER | |
|---|---|---|---|
| District of Arrest | District of Offense | District of Arrest | District of Offense |
| EASTERN DISTRICT OF VIRGINIA | 1:26-mj-407 | SOUTHERN DISTRICT OF FLORIDA | 26-mj-6603-Augustin-Birch |

**CHARGES AGAINST THE DEFENDANT ARE BASED UPON AN**

Indictment ☐ Information ☒ Complaint PETITION

**charging a violation of** 18:U.S.C.§1956(h)

**DISTRICT OF OFFENSE:**

EASTERN DISTRICT OF VIRGINIA

**PRETRIAL RELEASE VIOLATION**

**CURRENT BOND STATUS:**

☐ Bail fixed at and conditions were not met
☐ Government moved for detention and defendant detained after hearing in District of Arrest
☒ Government moved for detention and defendant detained pending detention hearing in District of Offense
Other (specify)

**Representation:** ☐ Retained Own Counsel ☒ Federal Defender Organization ☐ CJA Attorney ☐ None

**Interpreter Required?** ☐ No ☒ Yes Language: Russian

**SOUTHERN DISTRICT OF FLORIDA**

TO: THE UNITED STATES MARSHAL

You are hereby commanded to take custody of the above named defendant and to transport that defendant with a certified copy of this commitment forthwith to the district of offense as specified above and there deliver the defendant to the United States Marshal for that District or to some other officer authorized to receive the defendant.

10-21-2026
Date

United States Judge or Magistrate Judge

**RETURN**

**This commitment was received and executed as follows:**

| DATE COMMITMENT ORDER RECEIVED | PLACE OF COMMITMENT | DATE DEFENDANT COMMITTED |
|---|---|---|
| | | |
| DATE | UNITED STATES MARSHAL | (BY) DEPUTY MARSHAL |
| | | |